# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| NOLAND TRAVIS PITTIER, 08050653, Plaintiff, | ) ) ) |
| v. | ) No. 3:08-CV-1590-D |
| DALLAS COUNTY JAIL and LUPE VALDEZ, Defendants. | ) ) ) |

## ORDER

After conducting a *de novo* review, the court holds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 26, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE